IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARVIN L. GRAY, JR.,

                  **Petitioner,**

     v.                                         CASE NO. 25-3197-JWL

DAN SCHNURR,

                  **Respondent.**

**MEMORANDUM AND ORDER**

This matter is a pro se petition for federal habeas relief under 28 U.S.C. § 2254 filed by Petitioner and state prisoner Marvin L. Gray, Jr., who is currently incarcerated at Hutchinson Correctional Facility (HCF) in Hutchinson, Kansas. When Petitioner submitted his petition for filing, he also submitted a motion for leave to proceed in forma pauperis, but he did not include the financial statement that is required by federal statute to support the motion. (Doc. 2.) Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts provides that a habeas petitioner who files a motion for leave to proceed in forma pauperis must submit "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Local Rule 9.1(g)(2) contains the same requirement. *See* D. Kan. R. 9.1(g)(2). Since Petitioner had not submitted the required financial certificate, on September 29, 2025, the Court issued a memorandum and order granting Petitioner to and including October 29, 2025 to do so. (Doc. 3.)

On October 13, 2025, Petitioner filed a response stating that he is currently in administrative segregation and is having difficulty obtaining the certificate required to support his motion for leave to proceed in forma pauperis. (Doc. 5.) Petitioner attaches to his response a copy

of the financial record he has received after requesting the certificate. (Doc. 5-1.) Petitioner asks whether the filing fee can be charged to his inmate bank account. (Doc. 5.)

In light of the information in Petitioner's response, the time in which Petitioner may submit the required financial certificate will be extended. The Court also will direct the Clerk to provide the finance office at HCF with a copy of this order, notifying them of the obligations set forth in Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts and Local Rule 9.1(g)(2). If Petitioner continues to experience difficulty obtaining the required financial certificate, he should so inform the Court, in writing and prior to the deadline for compliance with this order, and he should describe as specifically as he is able his efforts to obtain the certificate and any response he received from staff at HCF. If Petitioner prefers to pay the $5.00 filing fee, he should follow KDOC and HCF guidelines on how to request that payment be sent to the Court; the Court will not request payment from those entities on Petitioner's behalf.

**IT IS THEREFORE ORDERED** that the deadline by which Petitioner must provide the financial certificate required to support his motion for leave to proceed in forma pauperis is extended to and including **November 17, 2025**. On or before that date, Petitioner must submit the certificate required to support his pending motion for leave to proceed in forma pauperis (Doc. 2). The clerk shall transmit a copy of this order to the finance office at the institution where Petitioner is currently confined.

**IT IS SO ORDERED.**

DATED:   This 14th day of October, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
