IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARVIN L. GRAY, JR.,**

                              **Petitioner,**

      v.                                        **CASE NO. 25-3197-JWL**

**DAN SCHNURR,**

                              **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for federal habeas relief under 28 U.S.C. § 2254 filed by Petitioner and state prisoner Marvin L. Gray, Jr., who is currently incarcerated at Hutchinson Correctional Facility (HCF) in Hutchinson, Kansas. When Petitioner submitted his petition for filing, he also submitted a motion for leave to proceed in forma pauperis, but he did not include the financial statement that is required by federal statute to support the motion. (Doc. 2.) The Court deferred ruling on the motion for leave to proceed in forma pauperis and granted Petitioner time in which to either submit the financial statement or pay the filing fee. (Docs. 3 and 6.) Petitioner has now paid the filing fee.

**IT IS THEREFORE ORDERED** that motion for leave to proceed in forma pauperis (Doc. 2) is **denied as moot** because Petitioner has paid the filing fee. The Court will begin the required review of the amended petition and will issue additional orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 20th day of October, 2025, at Kansas City, Kansas.

                                              S/ John W. Lungstrum
                                              JOHN W. LUNGSTRUM
                                              United States District Judge